IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    CIVIL ACTION NO. _____ <br> : |
| ANAGNOSTIS MATULAS | : <br> : |
| Defendant. | : |

**F.R.C.P. 7.1 STATEMENT OF PLAINTIFF**

PLEASE TAKE NOTICE that MetLife, Inc. owns 100% of the stock of METROPOLITAN LIFE INSURANCE COMPANY.

                               WHITE AND WILLIAMS LLP

BY: *James S. Yoder*
                               James S. Yoder (DE 2643
                               Robert Wright (NY RW-0971)
                               824 N. Market Street, Suite 902
                               P.O. Box 709
                               Wilmington, DE  19899-0709
                               Phone: 302.654.0424
                               Attorneys for Plaintiff,
                               METROPOLITAN  LIFE  INSURANCE COMPANY

Dated:  December 15, 2006

WILDMS 139155v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : CIVIL ACTION NO. _____ |
| v. | : <br> : |
| ANAGNOSTIS MATULAS, | : <br> : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that a true and correct copy of the **Rule 7.1 Statement** was served on the following individual,

> Mr. Anagnostis Matulas
> 109 Brook Meadow Road,
> Wilmington, DE 19807-2139

personally, or by leaving copies thereof at the individual's dwelling house of usual place of abode with some person of suitable age and discretion then residing therein.

_____
James S. Yoder (#2643)

Dated: December 15, 2006