## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 06-CV-768- GMS |
| | : |
| ANAGNOSTIS MATULAS, | : |
| | : |
| Defendant. | : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert Wright to represent Metropolitan Life Insurance Company in this matter.

Signed:

James S. Yoder, Esquire (Bar I.D. No. 2643)
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-654-0424
Fax: 302-467-4554

Attorney for: Metropolitan Life Insurance Company in this matter

Date: March 15, 2007

### ORDER GRANTING MOTION

IT IS HERBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to ☒ to the Clerk's Office upon the filing of this motion.

Signed:

Robert Wright, (NY RW-0971)
White and Williams LLP
One Penn Plaza
250 W. 34th Street
Suite 1801
New York, NY 10119
Phone: 212-244-9500
Fax: 212-244-6200

Date:   March 16, 2007

-2-

WILDMS 128645v.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :   CIVIL ACTION NO. 06-CV-768-GMS <br> : |
| ANAGNOSTIS MATULAS, | : <br> : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, hereby certify that I am not less than 18 years old, and that I

caused service of a Motion and Order for Admission Pro Hac Vice of Robert Wright, Esquire on

behalf of plaintiff on March 16, 2007 to the parties listed below in the manner so indicated.

### Via First Class Mail & Email:

John S. Grady, Esquire
Grady & Hampton, P.A.
6 North Bradford Street
Dover, DE 19904

Under penalty of perjury, I declare that the foregoing is true and accurate.

Dated: March 16, 2007

James S. Yoder (#2643)

WILDMS 128645v.1