**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-768 |
| v. | ) ) | JURY TRIAL DEMANDED |
| ANAGNOSTIS MATULAS, | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 23rd day of March 2007 a true and correct copy of Defendant's **RULE 26 INITIAL DISCLOSURES** was served via CM/ECF Pacer and the United States Postal Service upon the following:

James S. Yoder, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE  19899-0709


GRADY & HAMPTON, LLC

    /S/    John S. Grady
John S. Grady, Esquire (009)
6 N. Bradford Street
Dover, DE  19904
(302) 678-1265
*Attorneys for Defendant*