# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-768 |
| v. | ) ) | JURY TRIAL DEMANDED |
| ANAGNOSTIS MATULAS, | ) ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF PLAINTIFF

TO:    James S. Yoder, Esq.
Robert Wright, Esq.
White & Williams, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE  19899-0709

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Plaintiff by taking the depositions of its employees as listed below on **Thursday, May 3, 2007, beginning at 10:00 a.m.** in his office located at 6 North Bradford Street, Dover, Delaware 19904.

- Willian Stinger – 10:00 a.m.

- Rule 30(b) representative most knowledgeable about the approval of the disability application of Defendant.

GRADY & HAMPTON, LLC

_____/S/_____John S. Grady_____
John S. Grady, Esquire (009)
6 N. Bradford Street
Dover, DE  19904
(302) 678-1265

DATED:    April 17, 2007         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2007 a true and correct copy of

**DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF** was served via

CM/ECF Pacer upon the following:

James S. Yoder, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE  19899-0709

GRADY & HAMPTON, LLC

_____/S/_____John S. Grady_____
John S. Grady, Esquire (009)
6 N. Bradford Street
Dover, DE  19904
(302) 678-1265
*Attorneys for Defendant*