IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL ACTION No. 06-CV-768

METROPOLITAN LIFE INSURANCE COMPANY,

          Plaintiff,

v.

ANAGNOSTIS MATULAS

          Defendant.,

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above civil action is hereby dismissed, with prejudice, without the payment of court costs or attorneys' fees by either party to each other.

GRADY & HAMPTON, LLC

_____
John S. Grady, Esq.
Grady & Hampton, LLC
6 North Bradford Street
Dover, DE 19904
*Attorney for plaintiff Agnostis Matulas*

WHITE AND WILLIAMS LLP

_____
Robert Wright (RW- 0971)
White and Williams LLP
The Atrium, East 80 Route 4
Paramus, NJ 07652-2647
Phone: 201-368-7200
*Attorneys for plaintiff Metropolitan Life Insurance Company*

NYCDMS 22608v.1